MAURICE WAINER (State Bar No. 121678)     **JS-6**
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA 90210
Telephone: (310) 550-5770
Facsimile: (310) 550-6770
E-mail: mrwainer@swmfirm.com

**Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY GLANVILLE, an individual, APPRAISALS BY GREGORY, type of entity unknown, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:11-cv-00694-VAP -OP <br><br> **ORDER OF DISMISSAL** |

///
///
///

1

1 | The Court having read and reviewed the Stipulation For Dismissal of Action
2 | and good cause appearing therefore, the Court orders as follows:
3 |     1. That defendants GREGORY GLANVILLE and APPRAISALS BY
4 | GREGORY are dismissed from the Complaint with prejudice.

DATED: April 6, 2012

BY: _____
HONORABLE VIRGINIA A. PHILLIPS
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL
DISTRICT OF CALIFORNIA

2